# Third District Court of Appeal

## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0177
Lower Tribunal No. 22-15000
_____

**P.N., the Father,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Denise Martinez-Scanziani, Judge.

Law Offices of Roger Ally, P.A., and Roger Ally, for appellant.

Karla Perkins, for appellee Department of Children and Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee); Christy Donovan Pemberton (Clearwater), for appellee Guardian ad Litem.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.  See M.A. v. Dep't of Child. & Fams., 814 So. 2d 1244, 1245–46 (Fla. 5th DCA 2002) (affirming termination without a case plan where competent substantial evidence supported trial court's finding of abandonment, explaining that "[s]ection 39.806(1)(b), Florida Statutes (2001), allows TPR based on abandonment, as defined in s. 39.01(1)").